**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**M E M O R A N D U M**

Honorable Garland E. Burrell, Jr.
United States District Judge
Sacramento, California

                                       **RE:**    Jesus Becerra HUERTA
                                                  Docket Number:  2:05CR00447-01
                                                  **PERMISSION TO TRAVEL**
                                                  **OUTSIDE THE COUNTRY**

Your Honor:

The releasee is requesting permission to travel to Guadalajara, Jalisco, Mexico. He is current with all supervision obligations, and the probation officer in the Central District of California, where he is supervised, recommends approval be granted.

**Conviction and Sentencing Date:** On December 14, 2007, Mr. Huerta was sentenced for the offenses of 18 USC 371 - Conspiracy to Commit Criminal Copyright Infringement, Traffic in Counterfeit Labels, and Commit Criminal Trademark Violations, and 17 USC 506(a)(1)(A) and 18 USC 2319(b)(1) - Criminal Copyright Infringement (Class D Felonies).

**Sentence imposed:** 24 months custody of the Bureau of Prisons, 36 month term of supervised release, $200 special assessment (which he has paid). Special Conditions: 1) Submit to search, and 2) Financial disclosure.

**Dates and Mode of Travel:** February 19, 2012 to March 4, 2012. Will be flying Aero Mexico Airlines.

**Purpose:** To visit his family.

**RE:** Jesus Becerra HUERTA
   Docket Number: 2:05CR00447-01
   **PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

Respectfully Submitted,

/s/Terry Sherbondy for
**MICHAEL A. SIPE**
**Supervising United States Probation Officer**

**DATED:**   February 14, 2012
   Sacramento, California
   MAS/cp

---

**ORDER OF THE COURT:**

Approved    X                              Disapproved _____

Dated:  February 14, 2012

GARLAND E. BURRELL, JR.
United States District Judge